UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PEARLINE LIBURD,

                          Plaintiff,

          -against-

BRONX LEBANON HOSPITAL CENTER,
ANDREAS EVDOKAS individually and as
Administrative Director, RAYMOND ESTEVES
individually and as Assistant Vice President of
Clinical Services,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No.
07 CV 11316 (WHP) (JCF)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE,** that the defendants, **BRONX LEBANON HOSPITAL CENTER, ANDREAS EVDOKAS,** and **RAYMOND ESTEVES,** hereby appear in the above entitled action and that the undersigned has been retained as attorneys for said defendants. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

                          **RICKI E. ROER** [RER-9393]
                          **NANCY V. WRIGHT** [NVW-7834]
                          **WILSON, ELSER, MOSKOWITZ,**
                          **EDELMAN & DICKER, LLP**
                          150 East 42nd Street
                          New York City, NY 10017
                          Telephone: (212) 490-3000
                          Facsimile: (212) 490-3038

Dated:   New York, New York
              January 10, 2008

                          Respectfully submitted,

           **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

                          By: _____/s/_____

                          **NANCY V. WRIGHT** [NVW-7834]
                          Attorneys for Defendants
                          **BRONX LEBANON HOSPITAL CENTER,**

**ANDREAS EVDOKAS,** and **RAYMOND ESTEVES**
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
File No. 08981.00035