UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
PEARLINE LIBURD,

                      Plaintiff,

       -against-

BRONX LEBANON HOSPITAL CENTER,
ANDREAS EVDOKAS individually and as
Administrative Director, RAYMOND ESTEVES
individually and as Assistant Vice President of
Clinical Services,

                      Defendants.
------------------------------------- X

Docket No.
07 CV 11316 (WHP) (JCF)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 [formerly Rule 1.9] of the local rules of the United States District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for **BRONX LEBANON HOSPITAL CENTER** certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**Dated:**    New York, New York
              January 10, 2008

                    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

                    By:    /s/
                        **RICKI E. ROER** [RER-9393]
                        **NANCY V. WRIGHT** [NVW-7834]
                        Attorneys for Defendants
                        **BRONX LEBANON HOSPITAL CENTER,**

**ANDREAS EVDOKAS,** and **RAYMOND ESTEVES**
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
File No. 08981.00035