150 East 42nd Street, New York, New York 10017-5639  Tel: (212) 490-3000  Fax: (212) 490-3038

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich

www.wemed.com

February 27, 2008

**VIA FAX**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-8

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Attn: Honorable Harold Baer
United States District Judge

Re:  Pearline Liburd v. Bronx-Lebanon Hospital Center
     SDNY Index No.    :    07 CV 11316
     Our File No.     :    08981.00035

Dear Judge Baer:

We represent the defendants in the captioned matter and are writing to amend our proposed briefing schedule dated February 26, 2008. This amendment is being made on the consent of both parties. We respectfully request that the Court approve the following amended proposed briefing schedule for the filing of defendants' Rule 12(b) (6) motion to dismiss:[1]

- Defendants' Rule 12(b) (6) motion to dismiss shall be served on or before March 11, 2008;
- Plaintiff's opposition to same is due on or before April 15, 2008; and,
- Defendants' reply is due on or before April 29, 2008.
- Defendants shall file the fully briefed motion by ECF on or before April 29, 2008, with courtesy copies of same to the Honorable Judge Baer.

---

[1] As per the parties' signed waivers of service of the summons, defendants' answer to plaintiff's complaint would have been due on March 3, 2008.

3135250.1

We are respectfully requesting that the Court "so Order" this briefing schedule. Thank you for your consideration in this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Nancy V. Wright

NVW/ev

cc: <u>Via fax</u>

Gregory G. Smith, Esq.
**GREGORY SMITH & ASSOCIATES**
Attorneys for Plaintiff
**PEARLINE LIBURD**
225 Broadway, Suite 3601
New York, NY 10007-1901

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3135250.1

[Handwritten note, largely illegible: "While this time line for your motion to dismiss is fine it must be in concert with a provider PTSC — I have forwarded to you a PTC notice for March 20, at 3PM when we can find out something about the last you will have published to the PTC attached keep in mind that w/o … and … notice … motion do not have … See you on …

SO ORDERED:
Harold Baer
2/29/08"]

Endorsement:

    While this time line for your motion to dismiss is fine it must be in concert with a broader PTSO - I have forwarded to you a PTC notice for March 20 at 3 PM when we can find out something about the case and you will have filled out the PTSO attached to the PTC notice. Keep in mind that motions to dismiss indeed most any motions save security fraud cases do not hold up discovery. See you on 3/20.