# GREGORY SMITH & ASSOCIATES

225 Broadway, Suite 3601
New York, New York 10007
Email: gsmith225@aol.com
Phone: (212) 267-2042
Fax: (212) 267-2048

April 25, 2008

BY ECF

Hon. Harold Baer
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   Pearline Liburd v. Bronx Lebanon Hospital Center et al.
      07-CV-11316(HB)

Dear Judge Baer:

A per the Scheduling Order in this case Plaintiff must file her amended complaint no later than April 30, 2008. The amended complaint is ready for filing. As discussed at the scheduling conference, the amended complaint adds one count of violating the Federal Claims Act pursuant to 31 U.S.C. §§ 3729-3733. According to 31 U.S.C. §3729 (b)(2) the Amended Complaint must be filed in camera and remain under seal for at least 60 days and cannot be served on defendants until this Court so orders. The 60 day period is for the Government to decide if they want to intervene in the instant matter. Accordingly, the Clerk of the Court requires an order or endorsement that the amended complaint be filed under seal.

Respectfully submitted,

Gregory G. Smith
Attorney for Plaintiff
Pearline O. Liburd