Case 1:07-cv-11316-HB-JCF   Document #:2   Filed 04/30/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #:
DATE FILED:

------------------------------------------------------------x
**PEARLINE O. LIBURD,**

          **Plaintiff,**

    -against-

**BRONX LEBANON HOSPITAL CENTER, ANDREAS EVDOKAS, and RAYMOND ESTEVES,**

          **Defendants.**
------------------------------------------------------------x

07 Civ. 11316 (HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS Plaintiff seeks to file her first Amended Complaint; and

    WHEREAS Plaintiff may amend her Complaint once as a matter of course pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure; and

    WHEREAS Plaintiff's Amended Complaint would add a claim that Defendant(s) violated the Federal False Claims Act, 31 U.S.C. §§ 3729-3733; and

    WHEREAS the Federal False Claims Act, 31 U.S.C. § 3730(b)(2), requires that a complaint that alleges such a violation "shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders"; and

    WHEREAS Plaintiff's counsel has informed this Court that the Clerk of the Court requires an order or endorsement stating that Plaintiff's first Amended Complaint may be filed under seal; it is hereby

    ORDERED that the Clerk of the Court shall accept Plaintiff's first Amended Complaint for filing under seal; and it is further

    ORDERED that the first Amended Complaint shall be filed in camera, shall remain under seal for at least 60 days and shall not be served on any of the Defendants until this Court so orders.

**SO ORDERED.**

April 29, 2008
New York, New York

                                                                                           */s/ Harold Baer, Jr.*
                                                                                           **U.S.D.J.**