UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Pearline Libard,
Plaintiff,

-v-

Bronx Lebanon Hospital Center,
Defendants                et al.

------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11316 (HB)(JF)

*Francis*

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Issues relating to July 23, 2008 letter from plaintiff's counsel

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: through August 4, 2008

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

☐ All such motions: _____

The trial month, May 2009, as reflected in the Pretrial Scheduling Order, may not change, and I need at least 60 days prior to trial to decide any dispositive motion.

*Do not check if already referred for general pretrial.

Dated July 24, 2008

SO ORDERED:

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08