UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - :
PEARLINE O. LIBURD,                           : 07 Civ. 11316 (HB) (JCF)
                                              :
          Plaintiff,                          :        O R D E R
                                              :
     - against -                              :
                                              :
BRONX LEBANON HOSPITAL CENTER,                :
ANDREAS EVDOKAS individually and as           :
Administrative Director, RAYMOND              :
ESTEVES individually and as                   :
Assistant Vice President of                   :
Clinical Services,                            :
          Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - :

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

   Plaintiff having moved by letters dated July 23, 2008 and August 6, 2008 to compel discovery, and pretrial conferences having been held by telephone on July 29, August 11, and August 12, 2008, it is hereby ORDERED as follows:

   1. Defendants shall respond to Interrogatory 6 by providing the requested information with respect to all persons in managerial or administrative jobs supervised by Raymond Esteves or Andreas Evdokas from January 1, 2000 until plaintiff's termination.

   2. Defendants shall produce the information requested in Interrogatory 21 and Document Request 17.

   3. Defendants shall produce the information from the individual defendants' personnel files requested in Document Request 18 to the extent that the documents relate to complaints concerning the defendants (not limited to complaints of discrimination), performance evaluations, discipline, promotion, or demotion, from January 1, 2000 to the present.

1

4. Defendants shall produce the information requested by Document Requests 20 and 21 for Jennifer Marciano and Ibet Hernandez and also for Mr. Usudu to the extent that the documents relate to the job posting for the job each person filled, selection for that job, qualifications, duties, salary history, performance evaluations, promotion, demotion, transfer, or discipline, from January 1, 2000 to the present.

5. Defendants shall produce the interrogatory responses and documents required by paragraphs 1-4 above no later than August 29, 2008.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 13, 2008

Copies mailed this date:

Gregory G. Smith, Esq.
Gregory Smith & Associates
225 Broadway, Suite 3601
New York, New York 10007

Nancy V. Wright, Esq.
Shivani Soni, Esq.
Wilson, Elser, Moskowitz.
     Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017

2