```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
PEARLINE O. LIBURD,                     : 07 Civ. 11316 (HB) (JCF)
                                        :
            Plaintiff,                  :    O R D E R
                                        :
     - against -                        :
                                        :
BRONX LEBANON HOSPITAL CENTER,          :
ANDREAS EVDOKAS individually and as     :
Administrative Director, RAYMOND        :
ESTEVES individually and as             :
Assistant Vice President of             :
Clinical Services,                      :
            Defendants.                 :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/09

Defendant having submitted patient files for my *in camera* review pursuant to paragraph 2 of my January 28, 2009 Order, it is hereby ORDERED that, on the basis of the following findings, defendant need not produce these documents to plaintiff.

1. Of the patients identified by plaintiff, none had contact information in Nevis or St. Kitt's; all were residents of the Bronx except one who was a resident of Yonkers.

2. The patient records do not indicate that any identified patient was enrolled in the Harm Reduction Program.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        March 25, 2009

Copies mailed this date:

Gregory G. Smith, Esq.
Gregory Smith & Associates
225 Broadway, Suite 3601
New York, New York 10007

Nancy V. Wright, Esq.
Shivani Soni, Esq.
Wilson, Elser, Moskowitz.
    Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017